JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KASHIF RAHHIMAN,

          Petitioner,

        v.

ALEX VILLANUEVA,

          Respondent.

Case No. 2:21-cv-01610-CJC-SP

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: <u>August 23, 2023</u>

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE